UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62336-CIV-SELTZER
(CONSENT CASE)

CHERRILYN HARPER,

    Plaintiff,

v.

ADT, LLC, d/b/a
ADT SECURITY SERVICES,

    Defendant.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Approval of Settlement Agreement and Joint Stipulation for Dismissal with Prejudice [DE 27] ("Motion"). The Court has carefully reviewed the Motion, the Settlement Agreement, and the record in this case, including Plaintiffs' Statement of Claim [DE 8]. The Court finds that the terms of the settlement reflect a reasonable compromise of disputed issues, are fair and reasonable, and meet the standard set forth in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement Agreement [DE 27] be and the same is **GRANTED**;

2. The Settlement Agreement is **APPROVED**, and the above-styled action is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorney's fees and costs, except as otherwise agreed within the parties' Settlement Agreement; and

4. The Clerk of the Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of February 2018.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF